# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNNE KEMMER,** | **CASE NO. 1:19-CV-116 AWI SKO** |
| Plaintiff | |
| v. | **ORDER ON DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT** |
| **USAA SAVINGS BANK,** | (ECF No. 5) |
| Defendant | |

On January 25, 2019, Lynne Kemmer filed a complaint against USAA Savings Bank alleging three causes of action—two under the Telephone Consumer Protection Act, 47, U.S.C. § 227, and one under the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.17. ECF No. 1. The Complaint was served on January 31. ECF No. 4. On February 19, 2019, Defendant filed a motion for more definite statement under Rule 12e,[1] seeking clarification on Plaintiff's third cause of action under the RFDCPA. ECF No. 5. Then, on March 5, 2019, Plaintiff filed a First Amended Complaint, which appears to contain additional factual details about this particular cause of action. ECF No. 10.

The Court now denies as moot Defendant's Rule 12e motion. *See* Rule 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."); *Snelson v. Washoe Cty. Det. Facility*, 2014 WL 3956418, at *4 (D. Nev. Aug. 13, 2014) (recommending defendant officers' motion for a more definite statement be denied as moot where

---

[1] Citations to the "Rule" or "Rules" are to the Federal Rules of Civil Procedure (2019), unless otherwise noted.

plaintiff filed a second amended complaint within the allotted time); *see also Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("[An] amended complaint supersedes the original, the latter being treated thereafter as non-existent.").

### **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Motion for a More Definite Statement (Doc. No. 5) is DENIED; and
2. The remainder of this case is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 7, 2019

_____
SENIOR DISTRICT JUDGE