Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
LYNNE KEMMER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE KEMMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant | Case No.: 1:19-cv-00116-AWI-SKO<br><br>**PLAINTIFF LYNNE KEMMER'S NOTICE OF SETTLEMENT**<br><br>MAGISTRATE JUDGE SHEILA K. OBERTO |

## NOTICE OF SETTLEMENT

　　Plaintiff, Lynne Kemmer notifies this Court that Plaintiff and Defendant, USAA Savings Bank, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

/ / /

Dated: August 26, 2019.

                          */s/ Jeremy E. Branch*
                          Jeremy E. Branch (CA Bar # 303240)
                          The Law Offices of Jeffrey Lohman, P.C.
                          4740 Green River Road, Suite 310
                          Corona, CA 92880
                          T: (866) 329-9217
                          F: (657) 246-1312
                          E: JeremyB@jlohman.com
                          Attorney for Plaintiff, LYNNE KEMMER

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I certify that on August 26, 2019, I filed the foregoing Plaintiff Lynne Kemmer's Notice of Settlement using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Jaime Y. Ritton
DKM Law Group, LLP
535 Pacific Avenue
Suite 101
San Francisco, CA 94133
415-421-1100
Email: jyr@dkmlawgroup.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Joshua Nathan Kastan
DKM Law Group, LLP
535 Pacific Avenue
Suite 101
San Francisco, CA 94133
415-421-1100
Fax: 8337905202
Email: JNK@dkmlawgroup.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, LYNNE KEMMER

NOTICE OF SETTLEMENT