Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
LYNNE KEMMER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNNE KEMMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendants. | Case No: 1:19--CV-00116-AWI-SKO<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Lynne Kemmer ("Plaintiff"), and Defendant USAA Savings Bank, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

  JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Joshua N. Kastan (with permission)*<br>Joshua N. Kastan<br>DKM Law Group, LLP<br>535 Pacific Avenue, Suite 101<br>San Francisco, CA 94133<br>415-421-1100<br>Email: JNK@dkmlawgroup.com<br>*COUNSEL FOR DEFENDANT* | */s/ Jeremy E. Branch*<br>Jeremy E. Branch<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>T: (866) 329-9217<br>F: (657) 246-1312<br>E: JeremyB@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Joshua Nathan Kastan
DKM Law Group, LLP
535 Pacific Avenue, Suite 101
San Francisco, CA 94133
415-421-1100
Fax: 8337905202
Email: JNK@dkmlawgroup.com
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.comAttorney for Plaintiff, LYNNE KEMMER